

FILED

MAY - 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  BRIAN J. MILLER
   Certified Law Clerk, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California  95814
5  Telephone: (916) 554-2810

           IN THE UNITED STATES DISTRICT COURT

           FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       ) Cr. No. S-10-084 DAD
                                )
            Plaintiff,           )
                                ) STIPULATION AND [~~PROPOSED~~] DAD
     v.                         ) ORDER TO CONTINUE
                                )
TODD JOHNSON,                   ) DATE: May 4, 2010
                                ) TIME: 10:00 a.m.
            Defendant.          ) COURT: Hon. Dale A. Drozd
                                )
_____)

     It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the trial confirmation hearing on May 4, 2010, and the jury trial on May 17, 2010, be vacated and the case set for a status conference on June 22, 2010, at 10:00 a.m.

     This continuance is requested because the parties are continuing to negotiate a disposition to this matter.  Additionally, this case is being assigned to a new law clerk in the misdemeanor unit.  Accordingly, the parties stipulate that time under the Speedy Trial Act be excluded through June 22, 2010, to provide reasonable time for

                                1

```
 1  defense preparation of the case, pursuant to 18 U.S.C.
 2  § 3161(h)(7)(B)(iv) (Local Code T4).
 3  DATED: April 30, 2010.              BENJAMIN B. WAGNER
                                        United States Attorney
 4
 5
                                   By:  /s/ Matthew C. Stegman
 6                                      MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney
 7
 8
    DATED: April 30, 2010.         By:  /s/ Kenneth L. Rosenfeld
 9                                      KENNETH L. ROSENFELD, Esq.
                                        Attorney for defendant
10
11
                       [P R O P O S E D]  O R D E R
12
13  IT IS SO ORDERED.
14  DATED: May 3, 2010.                  [signature]
                                         HON. DALE A. DROZD
15                                       United States Magistrate Judge
```